# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

BASILISA BORDELON

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF EAST BATON ROUGE
PARISH LOUISIANA D/B/A LANE
REGIONAL MEDICAL CENTER

NO.  2024 CW 0691

**AUGUST 7, 2024**

---

In Re:    Hospital Service District No. 1 of East Baton Rouge
          Parish d/b/a Lane Regional Medical Center, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 684241.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**EW**
**SMM**

    **Greene, J.**, would not consider the writ application.  This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6) and (10).  Relator, Hospital Service District No. 1 of East Baton Rouge d/b/a Lane Regional Medical Center, failed to include a copy of the pertinent court minutes and judgment.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT